UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVIER BENITEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF RENO, *et al.*,<br><br>  Defendants. | Case No. 3:24-CV-00088-MMD-CLB<br><br>**ORDER STRIKING NOTICES REGARDING DISCOVERY**<br><br>[ECF Nos. 31, 32] |

Currently pending before the Court are two documents filed by Plaintiff Javier Benitez ("Benitez") (1) Notice re: Defendant Fradys' Initial Disclosures, (ECF No. 31); and (2) Notice re: Plaintiff's Initial Disclosures, (ECF No. 32). For the reasons stated below, the filings, (ECF Nos. 31, 32), are stricken.

On October 13, 2021, the Court entered General Order No. 2021-05 ("GO 2021-05"), which sets forth certain requirements and limitations for filings in *pro se* inmate civil rights cases. Benitez's filings violate GO 2021-05 as they are improper "notices" to the Court. GO 2021-05 § 3(d). Additionally, Benitez's filings relate to discovery and as such must follow the Federal Rules of Civil Procedure and the Court's Local Rules. Benitez is reminded that prior to filing a motion regarding a discovery dispute, the moving party must properly meet and confer pursuant to Fed. R. Civ. P. 37(a)(1), LR 26-6(c), and LR IA1-3(f) and must provide a declaration detailing the efforts to meet and confer prior to filing the motion. The motion must set forth in full the text of the discovery originally sought and any responses to it. LR 26-6(b). Finally, the motion must also contain a points and authorities in support of the motion. LR 7-2(d). The filings do not include any of these items and are thus improper.

Accordingly, **IT IS ORDERED** that the notices, (ECF Nos. 31, 32), are **STRICKEN**.

DATED: December 2, 2024.

_____
UNITED STATES MAGISTRATE JUDGE