UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVIER BENITEZ,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF RENO, *et al.*,<br><br>           Defendants. | Case No. 3:24-CV-00088-CLB<br><br>**ORDER DENYING AS MOOT MOTION TO COMPEL AND MOTIONS TO ADD DOE DEFENDANTS**<br><br>[ECF Nos. 37, 38, 41] |

      Before the Court are three motions filed by Plaintiff Javier Benitez ("Benitez"). First, Benitez filed a motion to compel, (ECF No. 37), to which Defendant Michael Frady ("Frady") responded, (ECF No. 40), and Benitez replied, (ECF No. 43). Next, are two motions to add Doe Defendants, (ECF Nos. 38, 41), to which Frady responded, (ECF No. 39), and Benitez replied, (ECF No. 44).

      Having reviewed Benitez's motion to compel, Frady's opposition, and Benitez's reply, (ECF Nos. 37, 40, 43, respectively), it is clear there is no longer a dispute between the parties as to discovery. Thus, the motion to compel, (ECF No. 37), is denied as moot. As to the motions to add Doe Defendants, after Benitez filed these two motions, he filed a motion for leave to file a first amended complaint, (ECF No. 42). Considering this filing, Benitez's two earlier filed motions to add Doe Defendants, (ECF Nos. 38, 41), are also denied as moot. The Court reserves ruling on the motion for leave to file a first amended complaint, (ECF No. 42), until the motion has been fully briefed.

      While the Court is sympathetic to Benitez's *pro se* status, he is advised that he must comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and this Court's orders when filing motions in the future. This includes, but is not limited to, filing properly supported motions that include points and authorities, conducting meet and confers before the filing of discovery related motions, and refraining from filing duplicative motions. If Benitez fails to follow the rules and orders, he is advised that he may be subject

to sanctions in the future.

Consistent with the above, **IT IS ORDERED** that Benitez's motion to compel, (ECF No. 37), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Benitez's motions to add Doe Defendants, (ECF Nos. 38, 41), are **DENIED as moot.**

DATED: February 28, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**